# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   1:15-cv-00625-RPM

**CORNELIA JARAMILLO,**

    Plaintiff,

v.

**DILLARD DEPARTMENT STORES, INC., a/k/a DILLARD'S, INC.,**

    Defendant.

_____

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE
_____

This matter is before the Court on the Parties' Joint Motion for Dismissal with Prejudice. The Court, having reviewed the Motion and being fully informed, hereby GRANTS the Joint Motion for Dismissal with Prejudice and ORDERS:

All claims which were brought or could have been brought in this action by Plaintiff against Defendant are dismissed WITH PREJUDICE.  Each party shall bear her or its own attorneys fees and costs.

DATED this 12th day of May, 2015.

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge